# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| EMILY SPEELMAN, ) | No. EDCV 09-1222 CW |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner, Social Security ) Administration, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: July 29, 2010

_____
CARLA M. WOEHRLE
United States Magistrate Judge